In the Matter of the Estate of JOHN P. KELLAS, Deceased. JEAN M. ELDREDGE, Individually and as Administratrix with the Will Annexed of JOHN P. KELLAS, Deceased, et al., Appellants; LAURA I. BRISTOW, as Executrix of ANNA G. KELLAS, Deceased, Respondent.

Argued November 15, 1944; decided December 30, 1944.

*L. M. Kellas* for appellants.

*William L. Allen* and *John W. Genaway* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.